KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICAH SMITH
Chief, Violent Crimes and Drugs Section

MICHAEL F. ALBANESE #9421
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Michael.albanese@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Jan 08, 2019**
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 19-00015 KJM |
| Plaintiff, | ) ) ) | CRIMINAL COMPLAINT |
| vs. | ) ) | |
| ALDEN SOUZA-HOLLOWAY | ) ) | |
| Defendant. | ) ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about January 5, 2019, in the District of Hawaii, ALDEN SOUZA-HOLLOWAY, the defendant, did knowingly and intentionally possess with intent

to distribute fifty (50) grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

I further state that I am a Task Force Officer of the Drug Enforcement Administration and that this Complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint", which is incorporated herein by reference.

DATED: HONOLULU, HAWAII: January 8, 2019.

_____
MICHAEL STINEMAN
Task Force Officer, DEA

Sworn to under oath before me telephonically and attestation Acknowledged pursuant to FRCP 4.1(b)(2).



_____
Kenneth J. Mansfield
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Michael Stineman, after being duly sworn, deposes and says as follows:

1.     I am a Honolulu Police Department ("HPD") Officer; and have been employed as such since January 2006. I am currently assigned to the Hawaii High Intensity Drug Trafficking Area ("HIDTA"), working as a duly deputized and federally-credentialed Task Force Officer ("TFO") at the Honolulu District Office of the Drug Enforcement Administration ("DEA") since June 2017. As part of my training with HPD, I have received approximately 6 months of comprehensive training at the HPD training academy in general matters pertaining to law enforcement in the State of Hawaii. In this school, students were taught among other things, the different ways in which various controlled substances are used, as well as different techniques generally utilized by drug traffickers to distribute and traffic controlled substances. I have attended formal training classes conducted by the DEA, the Hawaii Narcotics Enforcement Division ("NED"), and the Western States Information Network ("WSIN") in methods used by drug traffickers for the processing and distribution of controlled substances. During my time as a police officer, I conservatively have been involved in more than two hundred drug investigations. Furthermore, I have participated and assisted in more than ten drug trafficking and money laundering matters with the FBI, the DEA and the Homeland Security Investigation ("HIS"), as such activities that relate to any

violation of federal law and state law.  In connection with the said investigations, I have been involved in more than twenty searches of the vehicle and residences of suspected drug traffickers and also served as the evidence custodian.  I have also interviewed drug traffickers and drug abusers who have discussed their methods of drug distribution, means of ensuring sources of supply, methods of pricing and individual drug use.  Based on this experience, I have become knowledgeable in regard to the methods and modes of narcotics operations, and the language and patterns of drug abuse and trafficking.  I have also interviewed law enforcement officers who have extensive experience in narcotics investigations.  As a result of my training and experience, I am familiar with how the various drugs are used and the typical distribution and trafficking patterns generally utilized by drug dealers and traffickers.  I have also interviewed convicted drug dealers and drug traffickers who decided to cooperate with government officials on numerous occasions.  During these interviews, they have explained their schemes to use and launder drug proceeds, and their methods of operation.

2. During my time in law enforcement, I have become knowledgeable with the enforcement of State and Federal laws pertaining to narcotics and dangerous drugs.  Based on this experience, I have become well versed in the methodology utilized in narcotics trafficking operations, the specific types of language used by narcotic trafficker operations, the unique trafficking patterns

employed by narcotics organizations and their patterns of drug abuse.

3.    The facts in this affidavit come from my personal observations and knowledge, my training and experience, information provided to me by other law enforcement personnel. This affidavit is intended to show merely that sufficient probable cause exists for the criminal complaint and does not set forth all of my knowledge about this matter.

4.    This affidavit is made in support of a criminal complaint for ALDEN SOUZA-HOLLOWAY (hereinafter "SOUZA-HOLLOWAY") for one count of possession with intent to distribute of 50 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1).

## PROBABLE CAUSE

5.    On January 5, 2019, at approximately 11:12 pm, while working partrol in the vicinity of Kaneohe, Hawaii, HPD Officer Jeffrey Fleigner observed a gray Honda Accord pass him traveling in the opposite direction. Officer Fleigner observed the tint on the front windshield and side windows appeared to be extremely dark. Officer Fleigner conducted a U-Turn and began to proceed in the same direction as the Vehicle. Officer Fleigner observed the vehicle make a left hand turn into the parking lot of Benjamin Parker Elementary School without the use of a turn signal. Because this location is a public elementary school the premises are closed by law between the hours of 10:00 PM and 5:00 AM. Officer

3

Fleigner then illuminated his overhead lights, at which time the vehicle came to a stop without incident.

6. Officer Fleigner approached the driver's window, which is almost completely down and observed the lone occupant, a male later identified as Alden SOUZA-HOLLOWAY, in the driver's seat. As Officer Fleigner approached the vehicle, he could smell a strong order which he recognized by his training and experience to be marijuana emitting from the vehicle.

7. Officer Fleigner illuminated the inside of the vehicle with a flashlight due to the darkness of the area and requested SOUA-HOLLOWAY's driver's license and vehicle documents. While speaking to SOUZA-HOLLLOWAY, Officer Fleigner observed a leather shaving bag unzipped and open, on the driver's floor directly in front of the driver's seat and behind SOUZA-HOLLOWAY's feet. Officer Fleigner observed that the bag contained several large, clear Ziploc baggies that each contained a large quantity of crystalline substance. Based upon Officer Fleigner's training and experience, he suspected this crystalline substance to be methamphetamine. After Officer Fleigner spotted the unzipped shaving bag, he observed SOUZA-HOLLOWAY attempt to shuffle the bag backwards and close his legs to obstruct Officer Fleigner's view.

8. After observing the unzipped shaving bag containing suspected methamphetamine Officer Fleigner opened the driver's side door and removed the

4

bag from the car. Officer Fleigner ordered SOUZA-HOLLOWAY out of the vehicle and informed SOUZA-HOLLOW that the was under arrest. SOUZA-HOLLOWAY then became physically combative with Officer Fleigner. Officer Fleigner tried multiple times to gain control of SOUZA-HOLLOWAY, and after several minutes was able to handcuff SOUZA-HOLLOWAY.

9. On January 6, 2019 at approximately 2:45 AM, I met with Officer Fleigner at the Kanoehe Police Station and conducted a field test of the crystalline substance from the shaving kit bag with a Raman Spectrometer. All bags tested positive for crystal methamphetamine. The total quantity of methamphetamine in the bags was approximately 14 ounces (396 grams).

10. On January 7, 2019, U.S. Magistrate Judge Kenneth J. Mansfield issued a federal search warrant for the gray Honda Accord that SOUZA-HOLLOWAY was driving. During the search of the vehicle, I located a white backpack that contained, three (3) additional Ziploc bags of various sizes that all contained a white crystal like substance by my training and experience resembled methamphetamine. Also within the bag was located two (2) pipes with a bulbous end and both containing a white/brownish crystal like substance by my training and experience resembled methamphetamine.

11. On January 7, 2019, the above evidence was transported to the HIDTA office to be processed and field-tested. The three (3) bags all tested

positive for methamphetamine with the Raman Spectrometer. The total quantity of methamphetamine in these bags was approximately 132 grams.

12. The total quantity of methamphetamine seized from the vehicle was approximately 528 grams.

13. Methamphetamine is a schedule II controlled substance.

FURTHER AFFIANT SAYETH NAUGHT.

Michael Stineman
Task Force Officer, DEA

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at __10:14__ am/pm on January __8__, 2019.

Sworn to under oath before me telephonically and attestation Acknowledged pursuant to FRCP 4.1(b)(2).



Kenneth J. Mansfield
United States Magistrate Judge

6